IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01290-WYD-MEH

UNITED STATES OF AMERICA,

    Plaintiff,
v.

JON S. FEHRENBACHER,
JOAN B. FEHRENBACHER,
DALE MYERS,
JUSTIN MYERS, and
PEOPLES NATIONAL BANK,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 24, 2010.**

    The Motion to Withdraw as Counsel filed by Gregory M. O'Boyle [filed August 19, 2010; docket #14] is **denied without prejudice**. While Mr. O'Boyle notes that alternate counsel has been retained by Peoples Bank, no counsel has entered his or her appearance in the case to represent the company. Moreover, the motion fails to comply with the conferral and certification requirements of D.C. Colo. LCivR 7.1A.