IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01290-WYD-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JON S. FEHRENBACHER,
JOAN B. FEHRENBACHER,
DALE MYERS,
JUSTIN MYERS, and
PEOPLES NATIONAL BANK,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 9, 2010.**

      The Joint Motion to Vacate Settlement Conference [filed December 9, 2010; docket #39] is **granted**. The Settlement Conference currently set for December 29, 2010 is **vacated**. The parties are invited to contact my Chambers at (303) 844-4507 at any time they desire assistance in the potential settlement of this case.