IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01290-WYD-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JON S. FEHRENBACHER;
JOAN B. FEHRENBACHER;
DALE MYERS;
JUSTIN MYERS; and
PEOPLES NATIONAL BANK,

    Defendants.

## ORDER OF DISMISSAL OF PARTIES

THIS MATTER comes before the Court on the Unopposed Motion to Dismiss Defendants Dale Myers, Justin Myers, and Peoples National Bank (ECF No. 51).  After carefully reviewing the file in this matter, I find that the motion should be granted for good cause shown.  Accordingly, it is

ORDERED that the Unopposed Motion to Dismiss Defendants Dale Myers, Justin Myers, and Peoples National Bank (ECF No. 51) is **GRANTED** and Defendants Dale Myers, Justin Myers, and Peoples National Bank are dismissed from this proceeding.  The Clerk of the Court shall amend the case caption to reflect this dismissal.

Dated: April 18, 2011

          BY THE COURT:

          s/ Wiley Y. Daniel
          Wiley Y. Daniel
          Chief United States District Judge