IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01290-WYD-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JON S. FEHRENBACHER and
JOAN B. FEHRENBACHER;

    Defendants.

---

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER is before the Court on Plaintiff's Motion for Entry of Default Judgment against Defendants pursuant to Fed. R. Civ. P. 55 (ECF No. 48), filed April 8, 2011.  The motion was referred to Magistrate Judge Michael E. Hegarty for a Recommendation by Order of Reference dated June 15, 2010.  Magistrate Judge Hegarty issued a Recommendation on July 7, 2011.  Specifically, Magistrate Judge Hegarty recommends that the pending motion for default judgment be granted.  (Recommendation at 1.)  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

Magistrate Judge Hegarty advised the parties that written objections were due within fourteen (14) days after service of a copy of the Recommendation.  (Recommendation at 1-2.)  Despite this advisement, no objections were filed to the Recommendation.  No objections having been filed, I am vested with discretion to

review the Recommendation "under any standard [I] deem[] appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1]  *See* Fed. R. Civ. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record.  I find that Magistrate Judge Hegarty's Recommendation is thorough, well reasoned and sound.  I agree with Magistrate Judge Hegarty that the pending motion should be granted for the reasons stated in both the Recommendation and this Order.

Based on the foregoing, it is

ORDERED that the Recommendation of United States Magistrate Judge Hegarty (ECF No. 56) is **AFFIRMED** and **ADOPTED**.

In accordance therewith, it is

FURTHER ORDERED that Plaintiff's Motion for Entry of Default Judgment against Defendants pursuant to Fed. R. Civ. P. 55 (ECF No. 48) is **GRANTED** as follows:

    a.    The Court has jurisdiction over the United States' claim against

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review, Fed. R. Civ. P. 72(b).

          Defendants Jon S. and Joan B. Fehrenbacher;

b.     The federal tax assessments for the years 1999, 2002, 2005 and 2006 are reduced to a judgment against Jon S. and Joan B. Fehrenbacher. Damages are awarded to the United States in the amount of $110,616.44, plus interest and other statutory additions since April 15, 2011.

Dated: July 27, 2011

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Chief United States District Judge