**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-01290-WYD-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JON S. FEHRENBACHER and
JOAN B. FEHRENBACHER,

       Defendants.

**ORDER**

       This matter is before the Court pursuant to 26 U.S.C. § 7402(a) and 28 U.S.C. §§ 3202(a) and 3204. After considering the Stipulation for Entry of an Installment Payment Order, it is hereby:

       ORDERED that Jon S. Fehrenbacher and Joan B. Fehrenbacher make monthly installment payments of at least $3,700.00 on the 13th of each month to the United States until the judgment in the total amount of $110,616.44, plus interest and other statutory additions, entered on July 27, 2011 (ECF No. 58) is satisfied;

       ORDERED that the payments shall be made by electronic transfer to the United States using Pay.Gov. The United States shall provide the defendants with the appropriate paperwork to establish automatic monthly payments through Pay.Gov;

       ORDERED that the United States can reinstate its wage levy without further

order of the Court thirty (30) days after notice of default of the payment arrangement terms is mailed to the defendants;

ORDERED that the defendants retain all of their ownership rights in their Grand Canyon University and/or Grand Canyon Education, Inc. stock until the judgment described above is fully satisfied; and

ORDERED that the defendants transfer any and all of their ownership rights in Grand Canyon University and/or Grand Canyon Education, Inc. stock to the United States in the event that the defendants default and fail to meet their monthly payment obligations as set forth herein.

Dated: June 21, 2012

    s/ Wiley Y. Daniel_____
WILEY Y. DANIEL
UNITED STATES DISTRICT JUDGE