IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   10-cv-01290-WYD-MEH

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JON S. FEHRENBACHER;
JOAN B. FEHRENBACHER,

     Defendants.

---

**ORDER**

---

After considering the parties' Joint Motion to Modify Installment Payment Order, it is hereby

ORDERED that the Joint Motion to Modify Installment Payment Order (ECF Doc. No. 62), filed December 26, 2012, is **GRANTED.**   It is further

ORDERED that Jon S. Fehrenbacher and Joan B. Fehrenbacher make monthly installment payments of at least $3,700.00 on the 20th of each month to the United States until the judgment in the total amount of $110,616.44, plus interest and other statutory additions, entered on July 27, 2011 (ECF Doc. No. 58) is satisfied.   It is further

ORDERED that the payments shall be made by electronic transfer to the United States using Pay.Gov. The United States shall provide the defendants with the appropriate paperwork to modify the date of the monthly payment from the 13th to the 20th of each month. It is further

ORDERED that the United States can reinstate its wage levy without further order of the Court immediately upon a fourth default by the defendants within a twelve month period.

All other terms and provisions of the Court's June 21, 2012 Order (ECF Doc. No. 61) shall remain in full force and effect.

Dated:   December 27, 2012

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE